# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **EARL EUGENE BATES, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 5:24-cv-00604-ACA-SGC |
| | ) |
| **JEFFERY CRONIN,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on May 30, 2024, recommending the court dismiss this action without prejudice under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted and deny the pending application to proceed *in forma pauperis* as moot. (Doc. 3). Although the magistrate judge advised the plaintiff of his right to file written objections within 14 days, the court has not received any objections. (*See id.* at 5).

Mr. Bates's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. In the light of the proposed findings, the court agrees with the proposed recommendation. The court therefore **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), this action is due to be **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C.

§ 1915A(b) for failing to state a claim upon which relief can be granted and the pending application to proceed *in forma pauperis* is due to be denied as moot.

A final judgment will be entered.

**DONE** and **ORDERED** this June 25, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE